UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:13MC46 AGF |
| | ) | |
| RYAN HOPPING, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO CONTINUE SHOW CAUSE HEARING**

This matter is scheduled for a show cause hearing on Friday, May 31, 2013 at 10:30 a.m. at which time Respondent has been ordered to appear before the Court to show cause why he should not be compelled to comply with the Internal Revenue Service (IRS) summons served on him on August 20, 2012.

The Respondent has produced some documents to Revenue Officer Shana McGilberry, however, Respondent needs additional time to fully comply with the summons.

Based upon the foregoing, Petitioner requests a continuance of approximately one week or whatever amount of time the Court deems appropriate to allow Petitioner and Respondent time to attempt to resolve the outstanding issues relating to compliance with the IRS summons.

WHEREFORE Petitioner requests that the Show Cause hearing scheduled for May 31,

2013, be continued to allow the parties to attempt to resolve this matter.

                                    Respectfully submitted,

                                    RICHARD G. CALLAHAN
                                    United States Attorney


                                    /s/ Suzanne J. Moore
                                    SUZANNE J. MOORE #49119
                                    Assistant United States Attorney
                                    111 South 10th St., Ste. 20.333
                                    St. Louis, Missouri  63102
                                    (314) 539-2547
                                    FAX (314) 539-2777


## CERTIFICATE OF SERVICE

        I certify that on May 30, 2013, the above Motion was filed electronically with the Clerk
of the Court and mailed via U.S. Mail to the following non-participant:

Ryan Hopping
606 Blue Cove Terrace
Lake St. Louis, MO 63367

                                    /s/ Suzanne J. Moore
                                    Assistant United States Attorney